| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Waites, John E. | 2. Court or Organization  U.S. Bankruptcy Court, District of South Carolina | 3. Date of Report  05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court - District of South Carolina
145 King Street, Room 225
Charleston, SC 29401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary, President-Elect | National Conference of Bankruptcy Judges |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | ▬▬▬▬▬ |
| 2. | 2017 | ▬▬▬ |
| 3. | 2017 | ▬▬▬ |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar | 1/19/2017 - 1/21/2017 | Greenville, SC | Annual Convention | Registration fee, meals, transportation, lodging |
| 2. | Southeastern Bankruptcy Law Institute | 3/30/2017 - 4/1/2017 | Atlanta, GA | Seminar | Registration fee, meals |
| 3. | South Carolina Bankruptcy Law Association | 4/7/2017 - 4/9/2017 | Asheville, NC | Seminar | Registration fee, meals, lodging |
| 4. | National Association of Consumer Bankruptcy Attorneys | 5/4/2017 - 5/7/2017 | Orlando, FL | Seminar | Registration fee, meals, transportation, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Waites, John E.** | 05/15/2018 |

| 5. | Bankruptcy Bar Association of the Southern District of Florida | 5/11/2017- 5/14/2017 | Bonita Springs, FL | Seminar | Registration fee, meals, transportation, lodging |
|---|---|---|---|---|---|
| 6. | National Association of Chapter Thirteen Trustees | 7/12/2017 - 7/16/2017 | Seattle, WA | Seminar | Registration fee, meals, transportation, lodging |
| 7. | American Bankruptcy Institute | 7/27/2017 - 7/30/2017 | Hilton Head Island, SC | Seminar | Registration fee, meals, transportation, lodging |
| 8. | South Carolina Association for Justice | 8/3/2017 - 8/5/2017 | Hilton Head Island, SC | Seminar | Registration fee, meals, lodging |
| 9. | National Conference of Bankruptcy Judges | 8/7/2017 - 8/8/2017 | San Diego, CA | Officer Meeting | Meals, lodging |
| 10. | National Conference of Bankruptcy Judges | 10/6/2017 - 10/12/2017 | Las Vegas, NV | Seminar | Transportation, lodging |
| 11. | South Carolina Defense Trial Attorneys' Association | 11/9/2017 - 11/12/2017 | Cloister, GA | Seminar | Meals, lodging |
| 12. | National Conference of Bankruptcy Judges | 12/10/2017 - 12/11/2017 | Washington, D.C. | Meeting with Members of the Judiciary | Meals, transporation, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Waites, John E.** | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SCBT | Loan on 2006 Volvo (co-debtor on ▮▮▮▮ loan) | J |
| 2. | Chase | Mortgage on property in Columbia, SC, rental property ▮▮▮▮ | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. S.C. Deferred Comp. Plan 401K/Profit Sharing | A | Interest | J | T | | | | | |
| 2. Future Scholar 529 - Columbia Leg Captl Preser E | A | Dividend | J | T | | | | | |
| 3. Future Scholar 529 - Columbia Leg Captl Preser E | A | Dividend | J | T | Buy (add'l) | 04/14/17 | J | | |
| 4. | | | | | Sold (part) | 05/12/17 | J | A | |
| 5. Future Scholar 529 - Columbia Leg Captl Preser E | A | Dividend | J | T | Buy (add'l) | 04/14/17 | J | | |
| 6. | | | | | Sold (part) | 05/12/17 | J | A | |
| 7. ▨ Rental Property in Columbia, SC | D | Rent | M | S | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waites, John E. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Assessed value of [     ] Rental Property in Columbia, SC is $124,500.00.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John E. Waites**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544